# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Newport News Division

FILED
SEP 19 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

**ANTHONY DESHAWN BANKS,**
a/k/a "Eight"

Defendant.

Case Number 4:06CR00042-002

USM Number 56830-083

## JUDGMENT IN A CRIMINAL CASE

The defendant, ANTHONY DESHAWN BANKS, was represented by James S. Ellenson.

The defendant pleaded guilty to count(s) 1. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| T.21:846 | Conspiracy to possess with intent to distribute and to distribute cocaine base and cocaine (Felony) | December 30, 2003 | 1 |

As pronounced on September 19, 2006, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Given this 19th day of September, 2006.

_Rebecca Beach Smith_
Rebecca Beach Smith
United States District Judge

Defendant: ANTHONY DESHAWN BANKS  
Case Number: 4:06CR00042-002

Judgment--Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWO HUNDRED NINETY-TWO (292) MONTHS.

The court makes the following recommendations to the Bureau of Prisons:

The court directs that while incarcerated, the defendant shall receive substance abuse treatment to include a residential drug abuse treatment program if deemed necessary.

The court directs that while incarcerated, the defendant shall develop a skill.

The court recommends that the defendant be incarcerated on the East Coast as close to the Virginia area as possible.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

Mailed: 9/20/06 ᵣ  
c: P.O. (2) (✗)  
   Mshl. (4) (✗)  
   U.S.Atty.  
   U.S.Coll.  
   Dft. Cnsl.    By  
   PTS  
   Financial  
   Registrar  
   ob  
Rebecca Beach Smith  
   United States District Judge

_____  
United States Marshal

_____  
Deputy Marshal

Case 4:06-cr-00042-RBS-JEB   Document 92   Filed 09/19/06   Page 3 of 7 PageID# 368
AO 245B (Rev. 12/03)(EDVA rev.1) Sheet 3 - Supervised Release

Judgment--Page 3 of 7

Defendant: ANTHONY DESHAWN BANKS
Case Number: 4:06CR00042-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FIVE (5) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

> The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
>
> While on supervised release, the defendant shall not commit another federal, state, or local crime.
>
> While on supervised release, the defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
>
> While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
>
> If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

Judgment--Page 4 of 7

Defendant: ANTHONY DESHAWN BANKS
Case Number: 4:06CR00042-002

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 4:06-cr-00042-RBS-JEB   Document 92   Filed 09/19/06   Page 5 of 7 PageID# 370

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 3 (cont'd) - Supervised Release

Judgment--Page 5 of 7

Defendant: ANTHONY DESHAWN BANKS
Case Number: 4:06CR00042-002

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant shall continue to receive substance abuse treatment, to include inpatient treatment if deemed necessary, at the direction and discretion of the probation officer.
2) The defendant shall not incur new credit card charges or open additional lines of credit without the approval of the probation officer.
3) The defendant shall provide the probation officer with access to requested financial information.
4) To the extent the defendant has not done so, he shall develop a skill while on supervised release.
5) The court does not deny federal benefits because it is not applicable.
6) The defendant shall pay child support for his minor children in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on defendant's financial circumstances.
7) The defendant shall maintain full-time employment.

Judgment--Page 6 of 7

Defendant: ANTHONY DESHAWN BANKS
Case Number: 4:06CR00042-002

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the total monetary penalties under the schedule of payments on Schedule of Payment - Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | | |
| **Total** | **$100.00** | | |

### FINE

No fines have been imposed in this case.

### COSTS

The court waives the cost of prosecution, incarceration, and supervised release.

Case 4:06-cr-00042-RBS-JEB   Document 92   Filed 09/19/06   Page 7 of 7 PageID# 372

AO 245b (Rev. 12/03)(EDVA rev.) Sheet 6 - Schedule of Payment

Defendant: ANTHONY DESHAWN BANKS
Case Number: 4:06CR00042-002

Judgment--Page 7 of 7

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The special assessment is due in full immediately.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.