**United States District Court**
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Chief Judge

September 15, 2016

Mr. Anthony Deshawn Banks, #56830-083
Federal Correctional Institution
Building 5852
P.O. Box 2000
Joint Base MDL, NJ  08640

    Re:  USA v. Anthony Deshawn Banks
         Criminal No. 4:06cr42

Dear Mr. Banks:

    The court received your letter dated September 5, 2016, regarding whether you are eligible for relief under <u>United States v. Johnson</u>.  The court cannot give you legal advice, and you currently have no matter pending before the court.  The court no longer has jurisdiction to alter or amend your sentence.

                                   Very truly yours,

                                   Rebecca Beach Smith
                                   Chief Judge

RBS/dmt